ANTHONY CAMBARERI, Individually and as Administrator of the Estate of ANTHONY J. CAMBARERI, Deceased, Appellant, *v.* BOARD OF EDUCATION OF CITY OF ALBANY, Respondent.

ANTHONY CAMBARERI, Appellant, *v.* BOARD OF EDUCATION OF CITY OF ALBANY, Respondent.

Argued June 12, 1940; decided July 24, 1940.

*Bernard Ellenbogen* and *Seymour Ellenbogen* for appellant.
*Joseph J. Casey, Corporation Counsel* (*Ralph S. Leonard* of counsel), for respondent.

In each action, judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS. LEWIS and CONWAY, JJ.